# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HODGES JEROME JEFFERSON,

    Plaintiff,

v.                        CASE NO. 4:07cv555-RH/WCS

DOMINO'S PIZZA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. The complaint fails to state a claim on which relief may be granted and shows on its face that any claim would be barred by the statute of limitations. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED for failure to state a claim upon which

relief may be granted.  The clerk shall enter judgment and shall close the file.

    SO ORDERED this 22d day of February, 2008.

<u>s/Robert L. Hinkle</u>
Chief United States District Judge
